The People of the State of New York, Respondent,
against
Nelson Bernal-Hernandez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abraham Clott, J.), rendered April 8, 2015, convicting him, after a nonjury trial, of sexual abuse in the third degree and attempted forcible touching, and imposing sentence.




Per Curiam.
Judgment of conviction (Abraham Clott, J.), rendered April 8, 2015, affirmed.
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). The credibility issues raised by defendant were properly placed before the trier of fact and, after considering the relative force of the conflicting testimony and the competing inferences that may be drawn therefrom, we find no reason on the record before us to disturb the court's determination to credit the arresting officers' testimony rather than defendant's.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 26, 2018